FILED

07 JUL 25 AM 10: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, *ex rel.*
JAVIER V. ISLAS,

   Plaintiffs,

  v.

VETERANS MEDICAL RESEARCH
FOUNDATION, INC., a California non-profit
corporation; KERSTIN B. LYNMAN,
an individual; ROBERT ENGLER, M.D.,
an individual,

   Defendants.

Case No. 06CV2380-W(RBB)

ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States; and that

06cv2380



1    6.   Should the relator or the defendants propose that this action be dismissed, settled, or

2   otherwise discontinued, the Court will provide the United States with notice and an opportunity to be

3   heard before ruling or granting its approval.

4   **IT IS SO ORDERED.**

5

6   Dated:_____7/24/07_____

7

THOMAS J. WHELAN, Judge
UNITED STATES DISTRICT COURT

8   cc:    Counsel for the United States
            Counsel for Relator

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

06cv2380